UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, as attorney in fact for GE BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> WIJAYA BARU AVIATION SDN. BHD., WIJAYA BARU HOLDINGS SDN. BHD., KUALA DIMENSI SDN. BHD., DATO SERI TIONG KING SING, WIJAYA INTERNATIONAL MEDICAL CENTER SDN. BHD., WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, solely as OWNER TRUSTEE, and AIRFLYTE, INC. <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

# **EXHIBIT H**

# UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION
**AIRCRAFT BILL OF SALE**

Form Approved
OMN No. 2120-0042

FOR AND IN CONSIDERATION OF $1.00 & O.V.C. THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS

UNITED STATES REGISTRATION NUMBER **N729LJ**

AIRCRAFT MANUFACTURER & MODEL
Learjet Inc.   model 60

AIRCRAFT SERIAL No.
298

DOES THIS ___ DAY OF _____, 20__, HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write in This Block
For FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL)

DEALER CERTIFICATE NUMBER

AND TO   its   SUCCESSORS AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF   I   HAVE SET   my   HAND THIS ____ DAY OF _____ 20__.

**SELLER**

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| Wells Fargo Bank Northwest | | |
| National Association, | | |
| as Owner Trustee | | |
| | | |

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

**ORIGINAL: TO FAA**

AC FORM 8050-2 (9/92) NSN 0052-00-629-0003) Supersedes Previous Edition
8221.212006

THIS SAMPLE DOES NOT CONSTITUTE AN OFFER TO PROVIDE FINANCING ON THE TERMS CONTAINED HEREIN. ANY FINANCING SHALL BE SUBJECT TO THE NEGOTIATION OF DEFINITIVE DOCUMENTATION, THE TERMS OF WHICH MAY DIFFER MATERIALLY FROM THE TERMS CONTAINED IN THIS SAMPLE.

# AIRCRAFT BILL OF SALE
(Full Warranty)

Wells Fargo Bank Northwest, National Association, as owner trustee under Trust Agreement dated as of April 12, 2006 ("Seller") in consideration of the sum of _____ Dollars ($_____) plus _____ Dollars ($_____) sales taxes*, paid by _____ (hereinafter called "Buyer"), receipt of which is acknowledged, hereby grants, sells, transfers and delivers to Buyer the Aircraft described below together with all equipment, components, appliances, parts, instruments, avionics, appurtenances, accessories, furnishings and other equipment of whatever nature installed in or attached to the airframe or the engines and all repair or maintenance agreements or programs relating to the airframe, engines or components, and all airframe and engine logbooks, flight, maintenance and operations manuals, weight and balance manuals, drawings, blueprints, wiring and completion diagrams, and related maintenance records (collectively, the "Aircraft"),

| QTY | MANUFACTURER | MODEL | SERIAL NO | REGISTRATION # | DESCRIPTION OF AIRCRAFT |
|---|---|---|---|---|---|
| One | Learjet Inc. | 60 | 298 | N729LJ | |
| Two | Pratt & Whitney | PW305A | PCE-CA0454 | | |
| | | | PCE-CA0455 | | |

Seller hereby warrants to Buyer, its successors and assigns that it is the holder of title to the Aircraft and has the right to sell the same as aforesaid and that this Bill of Sale coveys to Buyer good and marketable title to the Aircraft, free and clear of all liens, claims, charges and encumbrances, and that Seller will warrant and defend such title forever against all claims and demands whatsoever. Seller agrees and acknowledges that the terms and conditions of this Bill of Sale shall survive the delivery of the Aircraft and the delivery and recording of this or any Federal Aviation Administration Bill of Sale.

* If exemption from sales tax is claimed, an exemption certificate must be furnished to Seller herewith.

**IN WITNESS WHEREOF,** Seller has caused this Bill of Sale to be signed by its duly authorized officer this _____ day of _____, _____.

SELLER:
**WELLS FARGO BANK NORTHWEST,**
**NATIONAL ASSOCIATION,** as owner trustee under
Trust Agreement dated as of April 12, 2006

By:_____

Name:_____

Title:_____

ME1 15641630v.1