UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, as attorney in fact for GE BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> WIJAYA BARU AVIATION SDN. BHD., WIJAYA BARU HOLDINGS SDN. BHD., KUALA DIMENSI SDN. BHD., DATO SERI TIONG KING SING, WIJAYA INTERNATIONAL MEDICAL CENTER SDN. BHD., WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, solely as OWNER TRUSTEE, and AIRFLYTE, INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## **NOTICE OF DISMISSAL**

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff General Electric Capital Corporation, as attorney in fact for GE Business Financial Services Inc. hereby dismisses this action without prejudice.

1

Respectfully submitted,

GENERAL ELECTRIC CAPITAL
CORPORATION, as attorney in fact for GE
BUSINESS FINANCIAL SERVICES INC.,

By its attorneys


 /s/ *Thomas H. Curran*
Thomas H. Curran, BBO #550759
tcurran@mccarter.com
Peter Antonelli (BBO# 661526)
pantonelli@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, MA  02110-3113
Telephone: (617) 449-6500
Facsimile: (617) 607-9200

May 14, 2013